UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GANEL POUDY, on behalf of himself
and others similarly situated,

Plaintiff,

vs. CASE NO. 2:17-cv-00148

TEXAS ROADHOUSE OF FORT
MYERS, FL, LLC, a Foreign Profit
Corporation,

Defendant.
_______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Vela v Texas Roadhouse of Fort Myers, FL, LLC, Case 2:13-cv-784

_______________________________________________

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of March 2017, the foregoing was filed with the Clerk of the Court using the CM/ECF system and a copy of the Motion has also been emailed to Counsel for Defendant Dan Boatright, Esq., LITTLER, 1201 Walnut Street, Suite 1450, Kansas City, MO 64106.

BERKE LAW FIRM, P.A.

By: ____________________

Bill B. Berke, Esq.
Florida Bar No. 0558011
berkelaw@yahoo.com
4423 Del Prado Blvd. S.
Cape Coral, FL 33904
Telephone: (239) 549-6689
*Attorneys for Plaintiff*